UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY SOFFERMAN,

              Plaintiff,

– *against* –

ASSERTIO THERAPEUTICS, INC., JAMES P. FOGARTY, WILLIAM T. MCKEE, KAREN A. DAWES, HEATHER L. MASON, DAVID E. WHEADON, ARTHUR J. HIGGINS, JAMES L. TYREE, PETER D. STAPLE, *and* JAMES J. GALEOTA, JR.,

              Defendants.

**ORDER**

20 Civ. 3690 (ER)

RAMOS, D.J.:

    Sofferman filed this action on May 12, 2020. Doc. 1. Over 90 days later, he has yet to file proof of service with the Court or even request a summons. Accordingly, Sofferman is ordered to serve the defendants by August 19, 2020, or show good cause for why service has not yet been completed. Failure to do so will result in this matter's dismissal. Fed. R. Civ. P. 4(m).

It is SO ORDERED.

Dated:    August 12, 2020
              New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.