UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANLEY SOFFERMAN, <br><br> Plaintiff, <br><br> v. <br><br> ASSERTIO THERAPEUTICS, INC., JAMES P. FOGARTY, WILLIAM T. MCKEE, KAREN A. DAWES, HEATHER L. MASON, DAVID E. WHEADON, ARTHUR J. HIGGINS, JAMES L. TYREE, PETER D. STAPLE, and JAMES J. GALEOTA, JR., <br><br> Defendants. | Case No. 20-cv-03690-ER <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stanley Sofferman ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: August 18, 2020

**WEISSLAW LLP**

By  */s/ Richard A. Acocelli*
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*